UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIRA NAGLE, et al., <br><br>               Plaintiffs <br><br> v. <br><br> POTTSVILLE AREA SCHOOL DISTRICT, et al., <br>               Defendants. | CIVIL ACTION NO. 3:24-CV-1808 <br><br> (MEHALCHICK, J.) |

### ORDER

**AND NOW,** this 25th day of February 2025**, IT IS HEREBY ORDERED THAT** the Court shall hear oral argument on Defendants' Motion to Dismiss (Doc. 10) on **Friday, March 21, 2025 at 10:00 AM** in Courtroom #1, William J. Nealon Federal Building and United States Courthouse, 235 North Washington Avenue, Scranton, Pennsylvania. Plaintiffs' motion for leave to file a sur-reply brief (Doc. 16) is **DENIED**.

BY THE COURT:

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States District Judge**